IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF

EVELYN MARRERO MIRANDA

DEBTORS

CASE NO.: 12-06178

CHAPTER 7

## MOTION SUBMITTING DOCUMENTS

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. Debtors submit AMENDED Disclosure of Compensation under R. 2016. The reason to amend is that by inadvertence the Disclosure of Compensation was filed blank.

WHEREFORE, it is respectfully requested from this Honorable Court to be informed of the aforesaid.

**I HEREBY CERTIFY** that the foregoing document has been filed using the CM/ECF electronic filing system which will give notice to all CM/ECF participants, and by regular mail to debtors, and all creditors and parties in interest as per the master address list.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico 6th day of August 2012.

WANDA I. LUNA MARTINEZ
PMB 389 PO BOX 194000
SAN JUAN, PR 00919-4000
TE. (787) 998-2356

/s/ Wanda I. Luna Martinez
**WANDA I. LUNA MARTINEZ**
USDC-PR 206307

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                       Case No. _____

MARREO MIRANDA, EVELYN
                            Debtor(s)                      Chapter **7**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................................... $ **1,000.00**

    Prior to the filing of this statement I have received ......................................................... $ **1,000.00**

    Balance Due ..................................................................................................... $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August 6, 2012__          __/s/ WANDA I. LUNA MARTINEZ__
      Date
                                      WANDA I. LUNA MARTINEZ 206307
                                      Luna Law Offices
                                      PMB 389 PO BOX 194000
                                      SAN JUAN, PR 00919-4000
                                      (787) 998-2356 Fax: (787) 200-8837
                                      quiebra@gmail.com

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only